# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand and fifteen.

Present:      Ralph K. Winter,
                    *Circuit Judge*.

_____

Deborah D. Peterson, personal representative of the Estate of James C. Knipple, et al.,

    Plaintiffs-Appellants,                         **ORDER**
                                                                Docket No. 15-690
           v.

Islamic Republic of Iran, et al.,

    Defendants-Appellees.

_____

      Appellants move to extend the time to file their reply brief until October 26, 2015, and to file an oversized reply brief of not more than 28,000 words.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                         For the Court**:**

                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

