# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand fifteen.

Before: Debra A. Livingston,
*Circuit Judge.*

_____

Deborah D. Peterson, personal representative of the Estate of James C. Knipple, et al.,

    Plaintiffs-Appellants,

      v.

Islamic Republic of Iran, Bank Markazi, AKA Central Bank of Iran, Banca UBAE SpA, Clearstream Banking, S.A., JP Morgan Chase Bank, N.A.,

    Defendants-Appellees.

_____

**ORDER**
Docket No. 15-690

Defendants-Appellees Banca UBAE SpA and Clearstream Banking, S.A., move for leave to file their briefs under seal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

